FILED
 2017 May-08  AM 10:04
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JAMES WEEMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:16-cv-00687-JEO |
| | ) |
| PARKER HANNIFIN et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff James Weems and defendant Cessna Aircraft Company have filed a joint stipulation of dismissal of this action, with prejudice, as to Cessna. (Doc. 94). Accordingly, defendant Cessna Aircraft Company is DISMISSED from this action WITH PREJUDICE, without costs to either party.

**DONE** this 8th day of May, 2017.

_John E. Ott_
**JOHN E. OTT**
Chief United States Magistrate Judge