# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JAMES WEEMS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:16-cv-00687-JEO |
| PARKER HANNIFIN et al., | ) |
| Defendants. | ) |

## ORDER

Plaintiff James Weems and defendant General Electric Company have filed a joint stipulation of dismissal of this action, with prejudice, as to General Electric. (Doc. 96). Accordingly, defendant General Electric Company is DISMISSED from this action WITH PREJUDICE, without costs to either party.

**DONE** this 9th day of May, 2017.

_____
**JOHN E. OTT**
Chief United States Magistrate Judge