FILED
2017 May-12  AM 09:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| JAMES WEEMS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:16-cv-00687-JEO |
| PARKER HANNIFIN et al., | ) |
| Defendants. | ) |

## ORDER

Plaintiff James Weems and defendant Goodrich Corporation have filed a joint stipulation of dismissal of this action, without prejudice, as to Goodrich. (Doc. 98).  Accordingly, defendant Goodrich Corporation is DISMISSED from this action WITHOUT PREJUDICE, without costs to either party.

**DONE** this 12th day of May, 2017.

_____
**JOHN E. OTT**
Chief United States Magistrate Judge