## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| JAMES WEEMS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:16-cv-00687-JEO |
| PARKER HANNIFIN et al., | ) |
| Defendants. | ) |

## ORDER

Plaintiff James Weems and defendant Honeywell International, Inc. have filed a joint stipulation of dismissal of this action, without prejudice, as to Honeywell. (Doc. 100). Accordingly, defendant Honeywell International, Inc. is DISMISSED from this action WITHOUT PREJUDICE, without costs to either party.

**DONE** this 16th day of May, 2017.

_John E. Ott_

**JOHN E. OTT**
Chief United States Magistrate Judge