FILED
2017 Jun-12 AM 11:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| JAMES WEEMS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:16-cv-00687-JEO |
| PARKER HANNIFIN et al., | ) |
| Defendants. | ) |

## ORDER

Plaintiff James Weems and defendant Goodyear Tire & Rubber Company have filed a joint stipulation of dismissal of this action, with prejudice, as to Goodyear. (Doc. 103). Accordingly, defendant Goodyear Tire & Rubber Company is DISMISSED from this action WITH PREJUDICE, without costs to either party.

**DONE** this 12th day of June, 2017.

_John E. Ott_

**JOHN E. OTT**
Chief United States Magistrate Judge