FILED
2017 Jun-12 PM 04:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JAMES WEEMS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:16-cv-00687-JEO |
| PARKER HANNIFIN et al., | ) |
| Defendants. | ) |

## ORDER

Plaintiff James Weems and defendant IMO Industries, Inc. have filed a joint stipulation of dismissal of this action, with prejudice, as to IMO Industries. (Doc. 105). Accordingly, defendant IMO Industries, Inc. is DISMISSED from this action WITH PREJUDICE, without costs to either party.

**DONE** this 12th day of June, 2017.

_John E. Ott_

**JOHN E. OTT**
Chief United States Magistrate Judge